STATE of Missouri, Respondent,

v.

Thomas A. MILLER, Appellant.

No. ED 102051

Missouri Court of Appeals, Eastern District, **DIVISION FOUR.**

Filed: October 20, 2015

Amy M. Bartholow, Assistant Public Defender, Woodrail Centre, 1000 W. Nifong, Building 7, Suite 100, Columbia, MO 65203, for appellant.

Robert J. Bartholomew, Jr., Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

## *ORDER*

### PER CURIAM.

Thomas A. Miller (Defendant) appeals the judgment of conviction that the Circuit Court of Audrain County entered after a jury found him guilty of one count of first-degree child molestation, two counts of second-degree child molestation, two counts of second-degree statutory sodomy, one count of child abuse, and one count of first-degree child endangerment.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).